IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SHEETZ, INC.,** *et al.*,<br><br>*Defendants*. | Civil No.: 1:24-cv-01123-JRR |

## ORDER

This matter comes before the court on Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Partial Motion to Dismiss for Failure to State a Claim. (ECF Nos. 14, 15, 18, and 19.) The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 4th day of October 2024:

**ORDERED** that Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (ECF No. 14) shall be, and is hereby **GRANTED**; and further it is

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania (Johnstown Division) pursuant to 28 U.S.C. § 1404(a); and further it is

**ORDERED** that Madam Clerk shall **CLOSE THIS CASE.**

/S/

_____
Julie R. Rubin
United States District Judge